IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAR 18 2020
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | Case No. CR 14-44-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| HENRY CHARLES LITTLE WHITEMAN, | |
| Defendant. | |

An Administrative Order was filed by the Acting Chief Judge Morris on March 16, 2020, regarding COVID-19 and the advised precautions to reduce the possibility of exposure to the virus and slow the spread of the disease. *See* also The President's Coronavirus Guidelines for America, CDC, 2 (2020), (recommending canceling events involving ten or more people) https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf Therefore,

IT IS HEREBY ORDERED that the Revocation Hearing set for Friday, March 20, 2020 at 10:30 a.m. is **VACATED.**

IT IS FURTHER ORDERED that the Revocation Hearing is reset for **Wednesday, April 22, 2020 at 2:30 p.m.**

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 18th day of March, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE